PEOPLE v SALOIS. Appeal from Ionia, Leo B. Bebeau, J. Submitted
Division 3 April 4, 1972, at Grand Rapids. (Docket No. 12637.) Decided
May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor
General, and *Walter M. Marks,* Prosecuting Attorney, for the people.

*Kimball R. Smith, III,* for defendant on appeal.

Before: T. M. BURNS, P. J., and HOLBROOK and BORRADAILE, JJ.

MEMORANDUM OPINION. Defendant was convicted of the crime of
escape on his plea of guilty. He appeals contending that the sentence

---

* MCLA 750.529; MSA 28.797.

of 1–1/2 to 5 years imposed along with the forfeiture of his accumulated good time by the State Corrections Department amounts to double jeopardy. Defendant's contention is incorrect. See *People v Wilson,* 6 Mich App 474 (1967); *People v Shastal,* 26 Mich App 347 (1970); *People v Alexander,* 39 Mich App 607 (1972).

Affirmed.